UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILL & MAGGIE LAWRENCE h/w | Case Number: 2:2011-cv-06747 |
| Plaintiffs | |
| v. | |
| GILLETTE & PAUL LAW OFFICES, PLLC | |
| Defendant | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Bill and Maggie Lawrence (h/w), pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above without prejudice.

BY:  /s/ **Brent F. Vullings**
Brent F. Vullings, Esquire
Attorney for Plaintiff
bkw@w-vlaw.com
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800